VARIOUS CHAPTER 13s

---

**WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED**

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79/611

**0638760**

April 27, 2011

PAY  Exactly One Hundred Eighty Six And 43/100 Dollars

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

$*******186.43

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑆0638760⑆ ⑈061100790⑈ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

5/3/2011
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228496     - KW
* * C O P Y * *
May 03, 2011
12:34:13

TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:            $186.43 CH
Check#.: 0638760

Total-> $186.43

FROM: S J BEAULIEU

The attached represents payments for delivery to those below, except as it indicates a deposit in the registry of the court.
Registry Check #638760

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-12905 | YOUNG, ROSE BELL<br>PO BOX 681<br>GRAMERCY LA  70052 | 20.69 | CASH TYME<br>STE 16<br>1819 W AIRLINE HWY<br>LAPLACE LA  70068 |
| 07-10148 | HALL, BEVERLY W<br>1913 KENTUCKY AVE<br>KENNER LA  70062 | 17.84 | (debtor) |
| 07-10291 | TAYLOR, JENNIFER MARIE<br>3603 BAKER DR<br>HOUMA LA  70363 | 106.03 | AURORA LOAN<br>SUITE 350<br>6560 GREENWOOD PLAZA BLVD<br>ENGLEWOOD CO  80111 |
| 07-10743 | WHITTIKKI, ANDREW W<br>WHITTIKKI, LINDA<br>414 ELLINGTON AVE B<br>LULING LA  70070 | 41.41 | (debtor) |
| 07-12030 | HARVEY, JESSE<br>HARVEY, JUSTINE<br>6353 KINGSTON COURT<br>NEW ORLEANS LA  70131 | 0.46 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA  70112 |
|  |  | $186.43 |  |